

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

**ADULFO DE AQUINO-CANCINO**

INDICTMENT

NO. 1:12CR-21-M

18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)(1)
18 U.S.C. § 2
18 U.S.C. § 1591(b)(2)
18 U.S.C. § 2422(b)

The Grand Jury charges:

### COUNT 1
(Conspiracy)

On or about August 2011, to on or about January 2012, in the Western District of Kentucky, Taylor County, and elsewhere, the defendant, **ADULFO DE AQUINO-CANCINO**, and others, known and unknown to the Grand Jury, did knowingly, in and affecting interstate and foreign commerce, combine, conspire, confederate and agree to commit an offense against the United States, namely, to recruit, entice, harbor, transport, provide, obtain, or maintain by any means a person, namely, Juvenile 1 and Juvenile 2, and did benefit financially and by receiving anything of value, from participation in a venture engaged in such acts, knowing and in reckless disregard of the fact, caused Juvenile 1 and Juvenile 2 to engage in commercial sex acts, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe that Juvenile 1 and Juvenile 2 had not attained the ages of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1594(c).

The Grand Jury further charges:

## COUNT 2
(Sex Trafficking of Children)

On or about August 2011, to on or about January 2012, in the Western District of Kentucky, Taylor County, and elsewhere, the defendant, **ADULFO DE AQUINO-CANCINO**, aided and abetted by others, known and unknown to the Grand Jury, did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, Juvenile 1, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, any combination of such means, would be used to cause Juvenile 1 to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Juvenile 1, that Juvenile 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a)(1) and (2), and 1591(b)(2).

The Grand Jury further charges:

## COUNT 3
(Sex Trafficking of Children)

On or about August 2011, to on or about January 2012, in the Western District of Kentucky, Taylor County, and elsewhere, the defendant, **ADULFO DE AQUINO-CANCINO**, aided and abetted by others known and unknown to the Grand Jury, did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, Juvenile 2, and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, any combination of such means, would be used to cause Juvenile 2 to

engage in a commercial sex act, and knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Juvenile 2, that Juvenile 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a)(1) and (2), and 1591(b)(2).

The Grand Jury further charges:

## COUNT 4
(Coercion and Enticement)

On or about and between August 2011, to on or about January 2012, in the Western District of Kentucky, Taylor County, Kentucky, and elsewhere, the defendants, **ADULFO DE AQUINO-CANCINO**, using a facility and means of interstate commerce, knowingly attempted to persuade, induce, entice, and coerce an individual, Juvenile 1, who had not attained the age of 18 years to engage in prostitution and any sexual activity for which a person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

_____
FOREPERSON

_____
DAVID J. HALE
UNITED STATES ATTORNEY

DJH:JDJ

3

UNITED STATES OF AMERICA v. ADULFO DE AQUINO-CANCINO

## PENALTIES

Count 1:    NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release
Counts 2-3: NL 10 yrs./NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release (each count)
Count 4:    NL 10 yrs./NM Life/$250,000/both/NL 5 yrs/NM Life Supervised Release

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

>     Misdemeanor: $ 25 per count/individual      Felony: $100 per count/individual
>                  $125 per count/other                   $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:    Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:    Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:    Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 1:12CR-21-M

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Bowling Green Division

THE UNITED STATES OF AMERICA
vs.
ADULFO DE AQUINO-CANCINO

## INDICTMENT
Title 18 U.S.C. §§ 1594(c); 1591(a)(1); 2;
1591(b)(2); 2422(b):
Conspiracy to Recruit, Entice, Harbor,
Transport, Provide, Obtain, or Maintain
Juveniles to Engage in Commercial Sex Acts;
Aiding and Abetting in the Sexual Trafficking of
Juveniles; Attempt to Persuade, Induce, Entice,
and Coerce a Juvenile to Engage in Prostitution.

A true bill

_____
Foreman

Filed in open court this 16th day, of May A.D. 2012.

_____
Clerk

Bail, $

2012 MAY 16 PM 12: 14
FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY